Eastern United States District Court

600 West Capitol Ave.

Little Rock, Ar. 72201

Phone: 501-604-5300

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 20 2012

JAMES W. McCORMACK CLERK
By: _____ DEP CLERK

4:12-CV-736 DPM

Catina Ann Marsh  vs.  State of Arkansas

DR. Kenneth Dowless  Dawless
DR. Linda Parker

Psychiatric Malpractice

County Prosecutor Margie Lickett

On October 16, 1998, Catina Ann Marsh, received a C-T Scan report of the brain to checking for a chemical imbalance. The C-T Scan report results showed normal computed Tomography of head and skull. The C-T Scan showed no chemical imbalance finding no mental health deteriation. As of June of 1991-October of 1998, there was no true mental illness based on C-T Scan exam for Persistent Psychosis.

This case assigned to District Judge Marshall and to Magistrate Judge Volpe

On January 21, 2011, Catina Ann Marsh, was wrongfully found incompetent by an unfair court proceeding. Attorney Dusty Byrnes, who did legal mal-practice, confirmed to me he wasn't going to attempt to defend, Catina Ann Marsh, the defendant. Am suing for 4.5 million for letting me be committed to continue to be abused verbally and physically by nursing staff.

On January 21, 2011, Catina Ann Marsh, was detained in a State facility by the County Magistrate Judge and Prosecutor Attorney Margie Lickett who argued that I should be after Dr. Linda Parker and Dr. Kenneth Dowless committed perjury under oath I was in fact truely incompetent according to my behavior.

All statements made in court on docket are not true according to my C-T Scan medical reports. I am suing each as mentioned on this paper 4.5 million for the verbal and physical abuse while on psychotic medicines that cause hallucinations. This can be proven by a second opinion licensed Psychiatrist.

Witness of my Behavior

Jewel Withers JR phone: 501-372-4400

# OUTPATIENT THERAPY REFERRAL


**OrthoArkansas**
Orthopedics & Sports Medicine

Little Rock Office
10301 Kanis Road
Little Rock, AR. 72205
(501) 604-4170

N. Little Rock Office
4104 Richards Road
N. Little Rock, AR. 72117
(501) 604-1221

Name MARSH, CATINA                              Date 10/16/2012

Diagnosis: Degenerative Disc Disease cervical            ICD _____

Other Dx:

Date of Onset: _____

Surgical Procedure:

Date: _____
Next Physician Appointment Date _____ Time _____

## INSTRUCTIONS

☒ Evaluate and initiate appropriate therapy
☐ Please administer the following:

ROM, strengthening, other modalities as indicated
home program

## TESTS

☐ Isokinetic Evaluation
☐ Functional Capacity Assessment

SPECIAL INSTRUCTIONS, Precautions, etc.

## TREATMENT PLAN

☒ Duration (check one)    ☐ 1  ☐ 2  ☐ 3  ☒ 4 weeks
☒ Frequency (check one)   ☐ 1  ☒ 2  ☐ 3  ☐ 4  ☐ 5   ☐ days / ☐ weeks
☒ Therapist Discretion

*[signature]*

Jonathan D. Wyatt, M.D.



**U.S. Department of Justice**

Federal Bureau of Prisons

*South Central Regional Office*

4211 Cedar Springs Road, Suite 300
Dallas, Texas   75219

June 6, 2012

Catina Marsh
6528 Normandy Road, Apt 14
Fort Worth, Texas 76112

Re:   Freedom of Information/Privacy Act Request No. 2012-02742
      MARSH, Catina; Register Number 84585-080

Ms. Marsh:

The Bureau of Prisons medical record pertaining to you has been reviewed pursuant to your request. You requested a copy of your medical records specifically copies and results of the computed tomography scans, magnetic resonance imaging, and positron emission tomography scans generated during your incarceration at the Federal Medical Center, Carswell, in Fort Worth, Texas.

Staff determined the files you are requesting were destroyed in the ordinary course of business and according to national document retention policies. However, it has been determined one (1) page of medical records are relevant to your request and is being released to you. These confidential documents are being released at no cost to assist you.

Under Title 28, Code of Federal Regulations, Section 16.9, this decision may be appealed to the Attorney General within sixty (60) days of the date of this letter by writing to the Office of Information and Privacy, Department of Justice, 1425 New York Avenue, Suite 11050, Washington, DC 20530-0001. Please ensure that the envelope and request are clearly marked "FOIA Request Appeal."
We trust the information furnished will be of assistance to you.

Sincerely,

Jason A. Sickler
Regional Counsel

Enclosures: 1 page

## UNIVERSITY OF NORTH TEXAS HEALTH SCIENCE CENTER
## DEPARTMENT OF RADIOLOGY
### X-RAY REPORT

Name:     MARSH, CATINA
Number:   84585-080                          Referring Dr.:  STANTON
Clinic:   FEDERAL MEDICAL CENTER, CARSWELL   Date:  10/16/98
          J Street, Bldg. 3000
          Fort Worth, Texas  76127

Exam:     CT OF THE HEAD

REASON FOR EXAMINATION:  Persistent psychosis.

Computed tomography of the head is performed prior to and following intravenous contrast enhancement. Sections extend from the skull vertex through the skull base. Postcontrast images include thin sections of the posterior fossa.

Prior to contrast, there is normal attenuation of the gray and white matter. Mass effect or shift of midline structures is not identified. Size and contour of the ventricular system is normal. There are no abnormal extra-axial fluid collections.

After the injection of contrast, normal physiologic enhancement is noted. Abnormal focal enhancement is not identified.

Osseous structures of the skull base and calvarium are intact. Visualized paranasal sinuses are clear.

IMPRESSIONS:

NORMAL COMPUTED TOMOGRAPHY OF THE HEAD PRIOR TO AND FOLLOWING INTRAVENOUS CONTRAST.

*Mary A. Caffrey, DO*

---

MARY H CAFFREY, D O

D: 10/20/98   T: 10/21/98   #: 10150213 BJW
CC:

*S. R. Stanton, M.D.*
*Psychiatrist*
10/27/98

Catina A. Marsh
224 E 7th St.
Apt #50B
Little Rock AR 72202
Phone: 817-791-7425