# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**CATINA ANN MARSH**                                                                                    **PLAINTIFF**

**V.**                                                    **4:12CV00736 JMM**

**STATE OF ARKANSAS; et al,**                                                           **DEFENDANTS**

## JUDGMENT

Pursuant to the Orders of this Court dated June 10, 2013 and June 26, 2013, Judgment is entered in favor of Defendants, the State of Arkansas, Kenneth Dowless and Linda Parker. The Complaint is dismissed without prejudice as to Defendant Margie Lickett.

IT IS SO ORDERED this 26th day of June, 2013.

_____
James M. Moody
United States District Judge